IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LORI KLOCKO,

        Plaintiff,

        v.

NANCY A. BERRYHILL, acting
Commissioner of Social Security,

        Defendant.

No. 3:16-CV-01336-HZ

ORDER

HERNÁNDEZ, District Judge:

    Plaintiff Lori Klocko brought this action seeking review of the Commissioner's final decision denying her application for Supplement Security Income and Disability Insurance Benefits under the Social Security Act. The Court reversed the Commissioner's decision, remanded the case for further administrative proceedings, and entered judgment on April 12, 2017.

Plaintiff now seeks an award of fees pursuant to 42 U.S.C. § 406(b). Defendant has no objection to the request. The Court has reviewed the record in the case, the motion, and the supporting materials including the award of benefits, the fee agreement with counsel, and the recitation of counsel's hours and services. Applying the standards set by *Gisbrecht v. Barnhart*, 535 U.S. 789, 796 (2002), the Court finds the requested fees are reasonable.

Plaintiff's motion [22] is granted, and Plaintiff's counsel is awarded $18,289.75 in attorney's fees under 42 U.S.C. § 406(b). Previously, the Court awarded Plaintiff attorney's fees in the amount of $4,412.37 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. When issuing the section 406(b) check for payment to Plaintiff's attorney, the Commissioner is directed to subtract the amount previously awards under EAJA and send Plaintiff's attorney the balance of $12,877.38, less any applicable processing or user fees prescribed by statute. Any amount withheld after all administrative and court attorney's fees are paid and should be released to the claimant.

IT IS SO ORDERED.

DATED this 27 day of February, 2018.

*Marco Hernández*
MARCO A. HERNÁNDEZ
United States District Judge